IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Eric M. Ringstaff<br>Case No. 1:15-cv-05390<br><br>v.<br><br>AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants, Actavis plc; Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories UT, Inc., Anda, Inc.; Watson Laboratories, Inc., a Nevada corporation, Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd., pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), said parties to bear their own costs. Plaintiffs' claims against the other defendants remain pending, and in full force and effect.

| | |
|---|---|
| */s/Yvonne M. Flaherty*_____<br>Yvonne M. Flaherty<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Email: ymflaherty@locklaw.com<br>*Counsel for Plaintiff* | */s/ K.C. Green*_____<br>Joseph P. Thomas<br>Jeffrey F. Peck<br>K.C. Green<br>Jeffrey D. Geoppinger<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Phone: (513) 698-5000 |

Email: kcgreen@ulmer.com
*Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Actavis, Inc.; and Anda, Inc.*

/s/ Andrew K. Solow
Andrew K. Solow
Kaye Scholer LLP
250 West 55th Street
New York, NY 10022
(212) 836-7740
Email: Andrew.Solow@kayescholer.com
*Counsel for Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc.; and GlaxoSmith Kline, LLC*

/s/ Christopher Boisvert
Christopher Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone: (215) 994-2312
Email: chip.boisvert@dechert.com
*Counsel for AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; and Unimed Pharmaceuticals, Inc.*

/s/ David Edward Stanley
Reed Smith LLP
355 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
(213) 457-8000
Email: dstanley@reedsmith.com
*Counsel for Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd.,*

/s/Matthew A. Holian
DLA Piper LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6009
Email: matt.holian@dlapiper.com
*Counsel for Pfizer Inc. & Pharmacia & Upjohn Company LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June __, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                /s/ *K. C. Green*